A CERTIFIED TRUE COPY

ATTEST

By Jakeia R. Mells on Jul 15, 2010

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Jun 30, 2010

FILED
CLERK'S OFFICE

IN RE: PREMPRO PRODUCTS LIABILITY
LITIGATION

MDL No. 1507

A TRUE COPY I CERTIFY

James W. McCormack, Clerk

By: /s/ Tenesha Jones D.C. on
**Jul 15, 2010**

For the United States District Court
Eastern District of Arkansas

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-185)**

On March 4, 2003, the Panel transferred five civil actions to the United States District Court for the Eastern District of Arkansas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 254 F.Supp.2d 1366 (J.P.M.L. 2003). Since that time, 8,543 additional actions have been transferred to the Eastern District of Arkansas. With the consent of that court, all such actions have been assigned to the Honorable William R. Wilson, Jr.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Arkansas and assigned to Judge Wilson.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Arkansas for the reasons stated in the order of March 4, 2003, and, with the consent of that court, assigned to the Honorable William R. Wilson, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Arkansas. The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Jul 15, 2010

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Page 1 of 5

**IN RE: PREMPRO PRODUCTS LIABILITY
LITIGATION**                                              MDL No. 1507

## SCHEDULE CTO-185 - TAG-ALONG ACTIONS

**DIST.**   **DIV.**   **C.A. #**      **CASE CAPTION**

ALABAMA NORTHERN
  ALN    7     10-912        Aline Rowland v. Wyeth LLC

ARIZONA
  AZ    2     10-776        Faye Hunt v. Wyeth, Inc., et al.
  AZ    2     10-896        Sharron Jacquemart v. Wyeth LLC, et al.

CALIFORNIA CENTRAL
  CAC    2     10-2962       Joan Beylen v. Wyeth LLC, et al.
  CAC    2     10-2963       Lee Stanionis v. Wyeth LLC, et al.
  CAC    2     10-2966       Carole Russell v. Wyeth LLC, et al.
  CAC    2     10-2967       Joan Pine v. Wyeth LLC, et al.
  CAC    2     10-2969       Sudarshan Sain v. Wyeth LLC, et al.
  CAC    2     10-2971       Sandra Contreras v. Wyeth LLC, et al.
  CAC    2     10-2972       Paula Dasen v. Wyeth LLC, et al.
  CAC    2     10-2974       Jean Struckmann v. Wyeth LLC, et al.
  CAC    2     10-2981       Livia Salazar Crane v. Wyeth LLC, et al.
  CAC    2     10-3160       Leslie Flood v. Wyeth LLC, et al.
  CAC    2     10-3164       Carolyn Howard v. Wyeth LLC, et al.
  CAC    2     10-3167       Damaris Clement v. Wyeth LLC, et al.

COLORADO
  CO    1     10-941        Norma Bussart v. Wyeth LLC, et al.
  CO    1     10-942        John Moore, etc. v. Wyeth LLC, et al.
  CO    1     10-946        Oneida Meranto v. Wyeth LLC, et al.

FLORIDA MIDDLE
  FLM   8     10-1025       Sharon Gordon v. Pfizer Inc., et al.
  FLM   8     10-1026       Sandra Weiss v. Wyeth LLC, et al.
  FLM   8     10-1027       Ann Wood v. Wyeth LLC, et al.
  FLM   8     10-1028       Janet Cartwright v. Wyeth LLC, et al.

FLORIDA NORTHERN
  FLN   3     10-128        Candace Culberson v. Wyeth LLC, et al.

**MDL No. 1507 - Schedule CTO-185 Tag-Along Actions (Continued)**

| **DIST.** | **DIV.** | **C.A. #** | **CASE CAPTION** |
|-----------|----------|------------|------------------|

**ILLINOIS NORTHERN**

| ILN | 1 | 10-2516 | Janie Sherril v. Barr Pharmaceuticals Inc., et al. |
| ILN | 1 | 10-2517 | Beverly Mangan v. Wyeth LLC, et al. |
| ILN | 1 | 10-2519 | Grace Malatesta v. Wyeth LLC, et al. |
| ILN | 1 | 10-2521 | Sandra Marcus v. Wyeth LLC, et al. |

**INDIANA SOUTHERN**

| INS | 1 | 10-487 | Dorothy Fields v. Wyeth LLC, et al. |
| INS | 1 | 10-488 | Linda Harrison v. Wyeth LLC, et al. |
| INS | 1 | 10-489 | Sigrid Jackson v. Wyeth LLC, et al. |

**LOUISIANA WESTERN**

| LAW | 5 | 10-670 | Ellen McCullough v. Pfizer Inc., et al. |
| LAW | 5 | 10-671 | Vernia Bates v. Pfizer Inc., et al. |
| LAW | 5 | 10-672 | Mary Ferguson v. Pfizer Inc., et al. |

**MARYLAND**

| MD | 1 | 10-1113 | Judith Tibbs v. Wyeth LLC, et al. |

**MINNESOTA**

| MN | 0 | 10-1282 | Eileen Kornblue v. Wyeth LLC, et al. |
| MN | 0 | 10-1325 | Barbara Groff v. Wyeth LLC, et al. |
| MN | 0 | 10-1329 | Helene Guinther v. Wyeth LLC, et al. |
| MN | 0 | 10-1331 | Elnora Edwards v. Pfizer Inc., et al. |
| MN | 0 | 10-1362 | Glade Eckert v. Wyeth LLC, et al. |
| MN | 0 | 10-1435 | Janie Martinez v. Wyeth LLC, et al. |
| MN | 0 | 10-1437 | Bernice Rodgers v. Wyeth LLC |
| MN | 0 | 10-1439 | Ricky Bishop, etc. v. Wyeth LLC |
| MN | 0 | 10-1448 | Diana Rosenberg v. Wyeth LLC |
| MN | 0 | 10-1450 | Helen Pillon v. Wyeth LLC, et al. |
| MN | 0 | 10-1452 | Gladys Rodriguez v. Wyeth LLC, et al. |
| MN | 0 | 10-1586 | Linda Conn v. Wyeth LLC, et al. |
| MN | 0 | 10-1588 | Michael Gant, etc. v. Wyeth LLC |
| MN | 0 | 10-1603 | Barbara Ann Jenner v. Wyeth LLC |
| MN | 0 | 10-1605 | Barbara Kushner v. Wyeth LLC, et al. |
| MN | 0 | 10-1613 | Richard Moerner, et al. v. Wyeth LLC, et al. |
| MN | 0 | 10-1621 | Tammy McWherter, etc. v. Wyeth LLC, et al. |
| MN | 0 | 10-1627 | Helene Tay v. Parke, Davis & Co., LLC |
| MN | 0 | 10-1645 | Jena Kerns, et al. v. Wyeth LLC, et al. |
| MN | 0 | 10-1647 | Rose Rogalla, et al. v. Wyeth LLC, et al. |
| MN | 0 | 10-1659 | Teresa Elenzweig, et al. v. Pfizer Inc., et al. |
| MN | 0 | 10-1673 | Cynthia Jones, et al. v. Pfizer Inc., et al. |
| MN | 0 | 10-1772 | Nida Lalangan, et al. v. Wyeth LLC, et al. |
| MN | 0 | 10-1926 | Christine C. Green v. Wyeth, et al. |

**MDL No. 1507 - Schedule CTO-185 Tag-Along Actions (Continued)**

| **DIST.** | **DIV.** | **C.A. #** | **CASE CAPTION** |
|---|---|---|---|
| MISSOURI EASTERN | | | |
| MOE | 4 | 10-557 | Lanny Chong, et al. v. Wyeth LLC, et al. |
| MOE | 4 | 10-558 | Doris Jeanne McKee, et al. v. Wyeth LLC, et al. |
| MOE | 4 | 10-559 | Joyce Elaine Pullaro v. Wyeth LLC, et al. |
| MOE | 4 | 10-560 | Judy Christine Vitale, et al. v. Wyeth LLC, et al. |
| MOE | 4 | 10-569 | Shirley Hubbard, et al. v. Wyeth |
| MOE | 4 | 10-570 | Claudia Bleckler, et al. v. Wyeth, et al. |
| MOE | 4 | 10-572 | Nancy Goble, et al. v. Wyeth, et al. |
| MOE | 4 | 10-657 | Delores Johnson v. Wyeth, et al. |
| MOE | 4 | 10-659 | Ruby Elston, et al. v. Wyeth |
| MOE | 4 | 10-688 | Dewania Murray v. Wyeth LLC, et al. |
| MOE | 4 | 10-693 | Judith Provasnik v. Wyeth LLC, et al. |
| MOE | 4 | 10-697 | Bonnie Logan v. Wyeth LLC, et al. |
| MOE | 4 | 10-698 | Judy Fuhrmann, et al. v. Wyeth LLC, et al. |
| MOE | 4 | 10-699 | Darlene Collett v. Wyeth LLC, et al. |
| MOE | 4 | 10-1023 | Katherine Dickson v. Wyeth LLC, et al. |
| MOE | 4 | 10-1040 | Deborah J. Alberi v. Wyeth LLC, et al. |
| MISSOURI WESTERN | | | |
| MOW | 4 | 10-375 | Jacqueline Ellis Gilpin, et al. v. Wyeth LLC, et al. |
| MOW | 4 | 10-377 | Naomi Miller v. Wyeth LLC, et al. |
| MOW | 4 | 10-380 | Mildred Juanita Phipps v. Wyeth LLC, et al. |
| MOW | 4 | 10-381 | Mary Louise Ruble, et al. v. Wyeth LLC, et al. |
| MOW | 4 | 10-382 | Peggy Ann Thurnau, et al. Wyeth LLC, et al. |
| MOW | 4 | 10-383 | Beverly Trindle, et al. v. Wyeth LLC, et al. |
| MOW | 4 | 10-398 | Zoey Jo Barnes, et al. v. Wyeth, Inc., et al. |
| MOW | 4 | 10-405 | Ronald Whitney, et al. v. Wyeth LLC, et al. |
| NEVADA | | | |
| NV | 2 | 10-618 | Sheila Gilmore v. Wyeth LLC, et al. |
| OHIO NORTHERN | | | |
| OHN | 1 | 10-827 | Emma Tapp v. Wyeth LLC, et al. |
| OHN | 1 | 10-828 | Roger E. Lenning, etc. v. Wyeth LLC, et al. |
| OHN | 1 | 10-1192 | Rosemay Poole v. Wyeth LLC, et al. |
| OKLAHOMA NORTHERN | | | |
| OKN | 4 | 10-263 | Linda Anglin v. Wyeth LLC, et al. |
| OKN | 4 | 10-264 | Emma Louise Dahlman v. Wyeth LLC, et al. |
| OKN | 4 | 10-265 | Linda Fay Driscoll v. Wyeth LLC, et al. |
| OKN | 4 | 10-266 | Delores Hinderliter v. Wyeth LLC, et al. |
| OKN | 4 | 10-267 | Georganne Weddle v. Wyeth LLC, et al. |

**MDL No. 1507 - Schedule CTO-185 Tag-Along Actions (Continued)**

| DIST. | DIV. | C.A. # | CASE CAPTION |
|-------|------|--------|--------------|

**PENNSYLVANIA EASTERN**

| | | | |
|-------|------|--------|--------------|
| PAE | 2 | 10-757 | Lalonnie King v. Wyeth, Inc., et al. |
| PAE | 2 | 10-1848 | Marilyn Hall v. Wyeth LLC, et al. |
| PAE | 2 | 10-1849 | Shirley Grossman, et al. v. Wyeth LLC, et al. |
| PAE | 2 | 10-1850 | Jeanette Cole, et al. v. Wyeth LLC, et al. |
| PAE | 2 | 10-1851 | Nancy Deshner v. Wyeth LLC, et al. |
| PAE | 2 | 10-1852 | Penny Knobel-Besa v. Wyeth LLC, et al. |
| PAE | 2 | 10-1854 | Jean Meiller v. Wyeth LLC, et al. |

**TEXAS EASTERN**

| | | | |
|-------|------|--------|--------------|
| TXE | 1 | 10-219 | Mary Theresa Brown v. Wyeth LLC, et al. |
| TXE | 1 | 10-246 | Romeal G. Nolan v. Wyeth LLC, et al. |
| TXE | 1 | 10-249 | Ellen O'Brien v. Wyeth LLC, et al. |
| TXE | 4 | 10-208 | Bessie Baker v. Wyeth |
| TXE | 6 | 10-126 | Donnita Goode v. Wyeth LLC, et al. |

**TEXAS NORTHERN**

| | | | |
|-------|------|--------|--------------|
| TXN | 2 | 10-87 | Pat Fisher v. Wyeth Inc. |

**TEXAS SOUTHERN**

| | | | |
|-------|------|--------|--------------|
| TXS | 4 | 10-1305 | Rebecca C. Echols v. Wyeth LLC, et al. |
| TXS | 4 | 10-1306 | Ramona Gadberry v. Wyeth LLC, et al. |
| TXS | 4 | 10-1307 | Eugene Wagner v. Wyeth LLC, et al. |
| TXS | 4 | 10-1312 | Linda Conrad v. Wyeth LLC, et al. |
| TXS | 4 | 10-1316 | Virginmina Garcia v. Wyeth LLC, et al. |
| TXS | 4 | 10-1317 | Carolyn Hicks v. Wyeth LLC, et al. |
| TXS | 4 | 10-1318 | Tammy Leveritt v. Wyeth LLC, et al. |
| TXS | 4 | 10-1323 | Glenda McKee v. James William Smith, M.D., et al. |
| TXS | 4 | 10-1324 | Leslie Nelson v. Wyeth LLC, et al. |
| TXS | 4 | 10-1325 | Josephina Perez v. Wyeth LLC, et al. |
| TXS | 4 | 10-1326 | Lidia San Martin v. Wyeth LLC, et al. |
| TXS | 4 | 10-1327 | Lona Thomas v. Wyeth LLC, et al. |
| TXS | 4 | 10-1328 | Jean Trautwein v. Wyeth LLC, et al. |
| TXS | 4 | 10-1329 | Brenda Weaver v. Wyeth LLC, et al. |
| TXS | 4 | 10-1330 | Kathryn Palm v. Wyeth LLC, et al. |
| TXS | 4 | 10-1331 | Alice Garcia v. Wyeth LLC, et al. |
| TXS | 4 | 10-1332 | Hortense Johnson v. Wyeth LLC, et al. |
| TXS | 4 | 10-1333 | Barbara Miller v. Wyeth LLC, et al. |
| TXS | 4 | 10-1334 | Mary Pearson v. Wyeth LLC, et al. |
| TXS | 4 | 10-1335 | Jeannie Weigl v. Wyeth LLC, et al. |
| TXS | 4 | 10-1336 | Soo Rho v. Wyeth LLC, et al. |
| TXS | 4 | 10-1337 | Nettie Zepher v. Wyeth LLC, et al. |
| TXS | 4 | 10-1338 | Donna Powell v. Wyeth LLC, et al. |
| TXS | 4 | 10-1355 | Diane Kephart v. Wyeth LLC, et al. |
| TXS | 4 | 10-1414 | Dixie Raatz v. Wyeth LLC, et al. |
| TXS | 4 | 10-1415 | Renee Buckley v. Wyeth LLC, et al. |

**MDL No. 1507 - Schedule CTO-185 Tag-Along Actions (Continued)**

| **DIST.** | **DIV.** | **C.A. #** | **CASE CAPTION** |
|---|---|---|---|

**TEXAS WESTERN**

| | | | |
|---|---|---|---|
| TXW | 5 | 10-307 | Judy Guillett v. Wyeth LLC, et al. |
| TXW | 5 | 10-308 | Shirley Sprowles v. Wyeth LLC, et al. |
| TXW | 5 | 10-309 | Janie Garza v. Wyeth LLC, et al. |
| TXW | 5 | 10-311 | Ofelia Guzman v. Wyeth LLC, et al. |
| TXW | 5 | 10-312 | Diane Fries v. Wyeth LLC, et al. |

**VIRGINIA EASTERN**

| | | | |
|---|---|---|---|
| VAE | 2 | 10-185 | Mary Easterling v. Pfizer Inc., et al. |
| VAE | 3 | 10-263 | Violet Deel v. Pfizer Inc., et al. |

**VIRGINIA WESTERN**

| | | | |
|---|---|---|---|
| VAW | 1 | 10-20 | Sarah Davis v. Pfizer Inc., et al. |
| VAW | 1 | 10-21 | Betty Hess v. Pfizer Inc., et al. |
| VAW | 2 | 10-24 | Doris Stapleton v. Pfizer Inc., et al. |
| VAW | 2 | 10-25 | Pauline Sykes v. Pfizer Inc., et al. |
| VAW | 5 | 10-40 | April Brittingham v. Pfizer Inc., et al. |
| VAW | 5 | 10-41 | Lily Fulk v. Pfizer Inc., et al. |
| VAW | 5 | 10-42 | Judy Higgins v. Pfizer Inc., et al. |
| VAW | 5 | 10-43 | Shirley Hottinger v. Pfizer Inc., et al. |
| VAW | 7 | 10-167 | Dorothy Catron v. Pfizer Inc., et al. |

**WEST VIRGINIA SOUTHERN**

| | | | |
|---|---|---|---|
| WVS | 5 | 10-685 | Mary Teaster v. Wyeth LLC, et al. |